**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ALAN D. GARRETT, <br><br> Defendant. | HONORABLE JEROME B. SIMANDLE <br><br> Criminal No. 11-242 (JBS) <br><br> **ORDER** |

This matter came before the Court upon motions of Defendant Alan D. Garrett, for relief under Rule 35, Fed. R. Crim. P., from the sentence imposed by this Court on November 30, 2017 and the Judgment entered therein on December 1, 2017; and

For reasons stated in the Memorandum Opinion of today's date;

IT IS this __17th__ day of **January**, **2018** hereby

**ORDERED** that Defendant's motions [Docket Items 91 and 93] shall be, and they hereby are, **DENIED**.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge
